1  FREAR STEPHEN SCHMID (CSB 96089)
   Attorney at Law
2  177 Post Street, Suite 550
   San Francisco, CA 94108
3  Telephone: (415) 788-5957
   Facsimile: (415) 788-5958
4  Email: frearschmid@aol.com

5  Attorney for Plaintiff

6  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
7  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
8  NEILL T. TSENG (CABN 220348)
   Assistant United States Attorney
9         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
10        Telephone: (415) 436-7155
          Facsimile: (415) 436-6748
11        Email: neill.tseng@usdoj.gov

12 Attorneys for Defendants
   ANDREI IANCU and UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITY PEOPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDREI IANCU, in his capacity as Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE, <br><br> Defendants. | No. 18-cv-06180-HSG <br><br> **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER** |

WHEREAS, on December 17, 2018, Defendants filed a motion to dismiss (ECF No. 7);

WHEREAS, on February 19, 2019, this case was related to Case No. 15-cv-3172-HSG and reassigned to Judge Gilliam (ECF No. 20);

WHEREAS, on February 19, 2019, the Court reset the initial case management conference ("CMC") for April 23, 2019, with the case management statement due by April 16, 2019 (ECF No. 21);

STIP. TO CONTINUE INITIAL CMC; ORDER
NO. 18-CV-06180-HSG                     1

1     WHEREAS, on February 22, 2019, the hearing on Defendants' motion to dismiss was reset for June 6, 2019 (ECF No. 22);

    THEREFORE, subject to the approval of the Court, and pursuant to Civil L.R. 6-2 and 7-12, Plaintiff, Security People, Inc., and Defendants, Andrei Iancu, in his capacity as Director of the United States Patent and Trademark Office, and the United States Patent and Trademark Office, hereby stipulate and respectfully request that the initial CMC be continued from April 23, 2019, to July 16, 2019, with the joint case management statement due by July 9, 2019. The parties believe it would best conserve the parties' and the Court's resources to continue the initial CMC to a date after the Court has ruled on Defendants' motion to dismiss, at which time the Court will be better positioned to determine the effect on the CMC. The requested continuance will not alter the date of any event or deadline already fixed by Court order, other than the date of the initial CMC and the deadline for the case management statement.

Dated: March 28, 2019      Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

    /s/
NEILL T. TSENG
Assistant United States Attorney
*Attorneys for Defendants*

Dated: March 28, 2019      /s/
FREAR STEPHEN SCHMID
177 Post Street, Suite 550
San Francisco, CA 94108
*Attorney for Plaintiff*

### ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Neill T. Tseng, attest that I have obtained concurrence in the filing of this document from the other signatories listed here.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED except the initial case management

conference is continued to June 6, 2019 at 2:00 p.m. to be held with the motion to dismiss.  The joint case management conference is due May 30, 2019.

Dated:  April 1, 2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge